IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 15-cr-00312-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN ANTONIO SANCHEZ-RODRIGUEZ,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Christine M. Arguello, United States District Judge, on December 15, 2015, it is hereby

ORDERED that Defendant Juan Antonio Sanchez-Rodriguez is sentenced to **TIME SERVED.**

DATED: December 15, 2015

                      BY THE COURT:

                      _____
                      CHRISTIME M. ARGUELLO
                      United States District Judge